FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
01 AUG 24 PM 2:20
SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
August 23, 2001
POLOZOLA, C.J.

CLINT PEDEAUX, ET AL.

VERSUS                                                    CIVIL ACTION

GEORGIA GULF CORPORATION, ET AL.                          NO. 01-0349-B-M3

AND

ROBERT E. GRANGER, ET AL.

VERSUS                                                    CIVIL ACTION

GEORGIA GULF CORPORATION, ET AL.                          NO. 01-0356-C-M1

AND

SHERRY A. SANCHEZ, ET AL.

VERSUS                                                    CIVIL ACTION

GEORGIA GULF CORPORATION, ET AL.                          NO. 01-0357-B-M2

AND

RALPH WALKER, ET AL.

VERSUS                                                    CIVIL ACTION

GEORGIA GULF CORPORATION, ET AL.                          NO. 01-0358-C-M3

AND

TILFORD WHITE

VERSUS                                                    CIVIL ACTION

GEORGIA GULF CORPORATION, ET AL.                          NO. 01-0359-C-M1

AND

| | |
|---|---|
| STERLING BATTON, ET AL. | |
| VERSUS | CIVIL ACTION |
| GEORGIA GULF CORPORATION, ET AL. | NO. 01-0360-C-M2 |
| AND | |
| MICHAEL G. RAY, ET AL. | |
| VERSUS | CIVIL ACTION |
| GEORGIA GULF CORPORATION, ET AL. | NO. 01-0361-D-M1 |
| AND | |
| CHRISTOPHER J. RACHEL, ET AL. | |
| VERSUS | CIVIL ACTION |
| GEORGIA GULF CORPORATION, ET AL. | NO. 01-0362-C-M2 |
| AND | |
| LAURA PATE, ET AL. | |
| VERSUS | CIVIL ACTION |
| GEORGIA GULF CORPORATION, ET AL. | NO. 01-0363-D-M3 |
| AND | |
| BRANDON RICHARD DEBATE, ET AL. | |
| VERSUS | CIVIL ACTION |
| GEORGIA GULF CORPORATION, ET AL. | NO. 01-0416-C-M2 |

This matter is before the Court for a status conference. The parties present signed the attached attendance roster.

IT IS ORDERED that defendants' motions to consolidate the above listed actions are GRANTED for pretrial and discovery purposes reserving for a later date the decision of whether or not these cases should be tried together.

IT IS FURTHER ORDERED that all of the above listed civil actions shall be re-allotted from Sections C and D to Section B to Chief Judge Frank J. Polozola and to Magistrate Judge Docia L. Dalby.

IT IS FURTHER ORDERED that a status conference is set for Monday, September 10, 2001 at 1:30 p.m. in Courtroom # 2.

IT IS FURTHER ORDERED that on or before September 6, 2001, the parties shall submit a copy of the proposal to be discussed at the September 10, 2001 conference.

IT IS FURTHER ORDERED that the parties may submit a short brief summary of why their proposed settlement is in compliance with the recent Supreme Court ruling on class settlement.

                                         FRANK J. POLOZOLA, CHIEF JUDGE
                                         MIDDLE DISTRICT OF LOUISIANA

B. Phipps/reporter

3

Case 3:01-cv-00349-FJP   Document 12   08/24/01   Page 3 of 4

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

In Re: Georgia Gulf Cases

August 23, 2001 @ 9:30 AM

**PLEASE PRINT**          **PLEASE PRINT**

| Name | Case Number | Client |
|---|---|---|
| Hunter Greene | 01-0416-C-M2 | Brandon DeCake, et al. |
| Philip Bohrer | 01-0356-C-M1 | Granger, et al |
| Darryl Becnel | 01-0363-D-M3 | Laura Pate, et al |
| Rance Craft | " " " | Georgia Gulf Corp |
| Kevin Buster | " " " | " " " |
| Luis Leitzelar | " " " | Georgia Gulf |
| Emile C. Rolfs | " " " | " " |
| W.L. West | " " " | LIA Defendants |
| Michael Mallory | " | Amoco Defendants |
| Denise Vinet | " | Plaintiffs |
| Frank Tomeny | | Plaintiffs |