UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

02 JUN 24 PM 2:23

SIGN_____
by DEPUTY CLERK

| | |
|---|---|
| CLINT PEDEAUX, et al. ) | CIVIL ACTION NO. 01-349-B-M3 |
| ) | |
| vs. ) | |
| ) | |
| GEORGIA GULF CORPORATION, et al. ) | |
| ) | |
| AND ALL CONSOLIDATED CASES ) | |

### ORDER

The parties having submitted a Joint Report to the Court Regarding Proposed Revisions to Class Settlement Procedures (filed June 7, 2002) and a Joint Motion and Incorporated Memorandum to Amend the Conditional Settlement Agreement in this action (filed June 19, 2002),

**IT IS HEREBY ORDERED** that the Joint Motion and Incorporated Memorandum to Amend the Conditional Settlement Agreement is **GRANTED**, and the Conditional Settlement Agreement is amended in accordance with said Motion.

**IT IS FURTHER ORDERED** that the referenced amendments shall be filed under the protective seal of this Court with the original Conditional Settlement Agreement.

Baton Rouge, Louisiana, this **24** day of June, 2002.

_____
FRANK J. POLOZOLA, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED  FJP
DATE 6/24/02
NOTICE MAILED TO:
DATE_____ BY_____

INITIALS | DOCKET#
bs | 66